**FILED**

APR 24 2013

Clerk, U.S. District and
Bankruptcy Courts

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

IN THE MATTER OF THE APPLICATION  :
OF THE UNITED STATES OF AMERICA  :
FOR AN ORDER AUTHORIZING A  :
PEN REGISTER AND TRAP  :    Misc. No. 13-176
AND TRACE ON CELLULAR  :    (Under Seal)
TELEPHONE NUMBER ▮▮▮▮▮▮  :
  :

### EXTENSION APPLICATION

The United States of America, moving by and through Mona N. Sahaf, its undersigned

counsel, respectfully submits under seal this *ex parte* application for an order pursuant to 18

U.S.C §§ 3122 and 3123, authorizing the installation and use of a pen register and trap and trace

device ("pen-trap device") on the telephone presently assigned number ▮▮▮▮▮▮▮

(hereinafter "subject CUSTOMER") with a telephone with unknown subscriber information and

telephone service provided by Southwestern Bell, and AT&T Company.  In support of this

Application, the United States certifies the following:

### PEN REGISTER AND TRAP AND TRACE

1.    On February 28, 2013, United States Magistrate Judge Alan Kay entered an  Order

authorizing the instillation and use of a pen-trap on the Target Account.  The original Order expires

April 29, 2013.

2.    The Applicant is an "attorney for the government" as defined in Rule 1(b)(1)of the

Federal Rules of Criminal Procedure, and therefore, pursuant to Title 18 United States Code, Section

3122, may apply for an order extending authorization for the installation and use of a pen register, trap

U.S. District and Bankruptcy Courts
for the District of Columbia
A TRUE COPY
ANGELA D. CAESAR, Clerk
By _Daniel Dudy_ 4/24/2017
Deputy Clerk

and trace, and/or a caller identification device.

3. The Applicant certifies that Federal Bureau of Investigation (FBI) is conducting a criminal investigation of the user(s) of the cellular telephone identified above and others in connection with possible violations of federal laws, 18 United States Code, Sections 793(d) and 793(g).

3. The Applicant further certifies that the information likely to be obtained from the pen register and trap and trace device is relevant to the ongoing criminal investigation being conducted by the FBI. It is believed this information will provide the agents with investigative leads and potential evidence at trial concerning contacts made by the targets and their co-conspirators in the course of their criminal activity. The information to be obtained from the caller identification feature is geographically limited only by the technology of the service provider for the telephone, and the technology of the originating telephone number service providers, with no geographic limit for the trap and trace.

4. Pursuant to Title 18 United States Code, Sections 3122 and 3123, the Applicant requests that the Court issue an order extending authorization for the installation and use of a pen register, trap and trace and caller identification device (1) to record numbers dialed to or pulsed from the subject telephone number, to record the date and time of such dialings or pulsings; and (2) the use of the trap and trace and caller identification device on the subject telephone number to capture the incoming electronic and other impulses which identify the originating number of a wire or electronic communication, and the date and time of such incoming pulses, for a period of 60 days to commence upon the expiration of authority under any previous order or upon the date on which this order is served on the Southwestern Bell, and AT&T Company, (hereinafter "Service Provider"), whichever

is later.

5.      The Applicant further requests that the order direct the Service Provider, to furnish all information, facilities and technical assistance necessary to accomplish the installation of the pen register, trap and trace and the caller identification device unobtrusively with a minimum of interference with the services that the provider accords the subscriber(s), and with compensation to be paid by the Agency for reasonable expenses incurred in providing such facilities and assistance.

6.      The Applicant requests further that the Court's Order direct the Service Provider, its agents, employees and affiliates not to disclose to the subscriber, or to any other person, the existence of the requested pen register, trap and trace, or the caller identification device, or of this investigation, unless or until otherwise ordered by the Court.

7.      It is further requested that the Court's Order apply not only to the telephone bearing the subject telephone number, but also to any telephone number(s) subsequently assigned to any instrument bearing the same mobile service identification number as the subject telephone number, or any changed mobile service identification number subsequently assigned to the same telephone number, or any additional changed telephone numbers and/or mobile service identification number, whether the changes occur consecutively or simultaneously, which are listed to the same subscriber and wireless telephone account number as the subject cellular telephone number within the 60 day period authorized by this Order.

8.      It is further requested that the Court's Order apply to the Service Provider, and to any other communications service provider which contracts or otherwise agrees to provide telephone service to a telephone bearing the same telephone number or mobile service identification number during the sixty day period authorized by this Order.

3

9.      Because disclosure of this Application could jeopardize the investigation for which

the authorization to install and use the pen register, trap and trace and caller identification device is

sought, the Applicant further requests that this application be filed under seal, pursuant to Title 18

United States Code, Section 3123(d)(1). The Applicant further requests that this Court's Order, and

any subsequent orders, be sealed until otherwise ordered by the Court.

**WHEREFORE,** it is respectfully requested that the Court grant an order extending

authorization for the installation and use of a pen register, trap and trace and caller identification

device for a period of 60 days (1) to record numbers dialed or pulsed from the subject telephone

number; (2) to capture the incoming electronic or other impulses which identify the originating

number of a wire or electronic communication, and signaling and routing relating to the subject

telephone number, and to record the length of time the telephone receivers in question are in use for

incoming or outgoing calls; (3) directing the Service Provider to furnish forthwith to the Agency all

information, facilities, and technical assistance necessary to accomplish the installation

and use of the devices unobtrusively and with minimum interference to the service presently accorded

persons whose dialings or pulsings are the subject of the pen register, trap and trace, and caller

identification device, and (4) sealing this Application and the Court's Order.

4

I certify under penalty of perjury that the foregoing is true and correct.

EXECUTED on this 24th day of April, 2013.

Respectfully submitted,

RONALD C. MACHEN JR.
UNITED STATES ATTORNEY
D.C. Bar # 447889


MONA N. SAHAF, D.C. Bar # 497854
ASSISTANT UNITED STATES ATTORNEY
555 4th Street, NW
Washington, DC 20530
Mona.Sahaf@usdoj.gov
202-252-7080

5